**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

FILED
01 SEP 28 AM 9:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

VATHXAY VANHANETH, )
)
Petitioner, )
)
v. ) NO. CV 01-S-1417-M
)
JOHN ASHCROFT, Attorney General; )
IMMIGRATION AND NATURALIZATION )
SERVICE; W. FRED ALEXANDER; and )
OFFICER RICCO, )
)
Respondents. )

ENTERED
SEP 28 2001

## MEMORANDUM OPINION

The petitioner, Vathxay Vanhaneth, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The respondents have filed a partial response to this court's order to show cause why the relief should not be granted. (Doc. 5). In the response, the respondents assert that the matter is due to be dismissed without prejudice to allow the petitioner time to exhaust his available administrative remedies.

On August 1, 2001, a magistrate judge of this court entered an order requesting that the petitioner file a reply to the respondent's position. (Doc. 6). After the petitioner failed to file a reply, the court on September 10, 2001, afforded him an additional ten (10) days to do so. The petitioner was informed that a failure to reply will result in dismissal of this action without prejudice. The petitioner has not responded to the court's order.

Premised on the foregoing, Vanhaneth's petition for a writ of habeas corpus is due to be dismissed to allow him to pursue available administrative remedies. An appropriate order will be entered.



**DONE**, this __28th__ day of September, 2001.

_____
UNITED STATES DISTRICT JUDGE